60 F.3d 814
 Benjamin Cohen
v.
City of Philadelphia, Willie Williams, Police Commissioner,
Philadelphia Police Department, John Doe, Officer,
Philadelphia Police Department 25th District, John Doe (#2),
Officer, 25th District, John Doe (#3), Officer, 25th
District, John Doe (#4), Officer, 25th District, John Doe
(#5), Officer, 25th District, John Doe (#6), Officer, Police
Administration Building Holding Cell Block, John Doe (#7),
Officer, Police Adminstration Building Holding
 NO. 94-2016
 United States Court of Appeals,
Third Circuit.
 May 23, 1995
 
 Appeal From: E.D.Pa., No. 94-01456,
 Dalzell, J.
 
 
 1
 AFFIRMED.